# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132564

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                           SC: 132564
                                           COA: 262521

TERRY ALLEN NEFF,
      Defendant-Appellant.
                                           Kalkaska CC: 03-002384-FC

_____/

     On order of the Court, the application for leave to appeal the October 24, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007 _____        _____

t0220                                          Clerk